IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Fairly Odd Treasures, LLC | ) |
| | ) |
| v. | ) Case No. 1:18-cv- 7719 |
| | ) |
| THE PARTNERSHIPS and | ) Judge: Rebecca R. Pallmeyer |
| UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED ON SCHEDULE "A," | ) Magistrate: Susan E. Cox |
| | ) |
| _____ | ) |

## DECLARATION OF ERIC HEBERT

I, Eric Hebert, of Concord, North Carolina, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's Ex Parte Motion for Entry of Temporary Restraining Order (the "Ex Parte Motion for TRO") and, if called as a witness, I could and would competently testify as follows:

2. I am the Managing Member of the Plaintiff, Fairly Odd Treasures, LLC, the manufacturer and inventor of Sir Perky and Mr. Banana products.

3. I started Fairly Odd Treasures in 2008 and have been a Member since the conception of the Sir Perky and Mr. Banana product ideas.

4. Since starting Fairly Odd Treasures in 2008, the Sir Perky and Mr. Banana brand products have grown considerably in market share. The products are sold world-wide via distributors and retail outlets and has sold millions of units around the globe.

5. Each year, Fairly Odd Treasures invests hundreds of thousands of dollars in advertising and marketing its unique products. The Sir Perky and Mr. Banana products feature a unique design, instantly recognizable to consumer. Over the life of each product, Fairly Odd

Treasures has invested millions to market and promote Sir Perky and Mr. Banana brand products around the world.

6. Fairly Odd Treasures is an internationally recognized manufacturer, distributor of Sir Perky and Mr. Banana novelty items, which is marketed and sold under its federally registered SIR PERKY and MR. BANANA trademark. The Products have become enormously popular, driven by our quality standards and innovative design. The product is identifiable via the SIR PERKY or MR. BANANA mark and the distinctive look of the product itself and the product packaging.

7. Since around 2008, Fairly Odd Treasures has sold the products via authorized distributors and retailers on the world wide web, where it promotes and sells genuine SIR PERKY and MR. BANANA Products to consumers. Online sales of SIR PERKY and MR. BANANA Products via the web represent a significant portion of our business.

8. The SIR PERKY and MR. BANANA marks are exclusive to the Fairly Odd Treasures and is displayed extensively on Fairly Odd Treasures Products and in our marketing and promotional materials. SIR PERKY and MR. BANANA Products have long been among the most popular novelty products in the world and have been extensively promoted and advertised at great expense to the Fairly Odd Treasures.

9. The SIR PERKY and MR. BANANA Trademark are distinctive when applied to Fairly Odd Treasure's Products, signifying to the purchaser that the products come from Fairly Odd Treasures and are manufactured to the Fairly Odd Treasures' quality standards. Whether Fairly Odd Treasures manufactures the products itself or licenses others to do so, it has ensured that products bearing its trademarks are manufactured to the highest quality standards. As such, the goodwill associated with the SIR PERKY and MR. BANANA trademarks is of incalculable and inestimable value.

10. Fairly Odd Treasures has received extensive editorial coverage and unsolicited press in various magazines and other publications throughout the world. SIR PERKY and MR. BANANA products have been featured in various newspapers and magazines.

11. The overwhelming success of the SIR PERKY and MR. BANANA brand has resulted in significant counterfeiting by individuals and entities who unlawfully use the trademarks and goodwill built by Fairly Odd Treasures and other manufacturers in this industry to sell cheap imitation counterfeits of SIR PERKY and MR. BANANA Products. Consequently, Fairly Odd Treasures has an anticounterfeiting program and regularly investigates suspicious websites and online marketplace listings identified in proactive Internet sweeps and reported by consumers.

12. These investigations have established that Defendants are using the various webstores on platforms such as Amazon, Wish, eBay, etc. to sell Counterfeit Products from foreign countries such as China to consumers in the United States and the State of Illinois, including the Northern District of Illinois. I personally analyzed each of the Infringing Websites and determined that Counterfeit Products were being offered for sale to residents of the United States and State of Illinois. I reached this conclusion through visual inspection of the products as they appeared on the Infringing Websites, the price at which the Counterfeit Products were offered for sale, other features commonly associated with websites selling counterfeit products, because Defendants offered shipping to Illinois, and because Defendants and the Infringing Websites do not conduct business with the Fairly Odd Treasures and do not have the right or authority to use the SIR PERKY and MR. BANANA marks for any reason.

13. It is estimated that the Defendants are responsible for as many as 30,000 counterfeit SIR PERKY and MR. BANANA brand products being sold, amounting to over $500,000 in lost revenue in the past year alone.

14. Each sale made by the Defendants through a webstore results in a direct loss to the Fairly Odd Treasures. As the illegal marketplace for SIR PERKY and MR. BANANA Products grows on the Internet, the legitimate marketplace for SIR PERKY and MR. BANANA Products shrinks. Monetary damages cannot adequately compensate the Fairly Odd Treasures for ongoing infringement because monetary damages fail to address the loss of control and damage to the Fairly Odd Treasures's reputation and goodwill. Furthermore, monetary damages are difficult, if not impossible, to ascertain due to the inability to calculate measurable damage in dollars and cents caused to our reputation and goodwill by acts of infringement.

15. Fairly Odd Treasures's goodwill and reputation are irreparably damaged when the SIR PERKY and MR. BANANA Trademarks are used on goods not authorized, produced or manufactured by the Fairly Odd Treasures. Moreover, brand confidence is damaged, which can result in loss of future sales and market share. The extent of harm to our reputation and goodwill and the possible diversion of customers due to loss in brand confidence are largely unquantifiable.

16. Fairly Odd Treasures is further irreparably harmed by the unauthorized use of the SIR PERKY and MR. BANANA marks because counterfeiters take away our ability to control the nature and quality of Counterfeit Products. Loss of quality control over goods bearing the SIR PERKY and MR. BANANA trademarks and, in turn, loss of control over our reputation, is neither calculable nor precisely compensable.

17. The sale of Counterfeit Products is likely causing and will continue to cause consumer confusion that weakens the SIR PERKY and MR. BANANA brand recognition and reputation. Consumers who mistakenly believe that the Counterfeit Products he or she has purchased originated from the Fairly Odd Treasures will come to believe that Plaintiff offers low quality products. Inferior quality products will result in increased skepticism and hesitance in consumers presented with genuine SIR PERKY and MR. BANANA Products, resulting in a loss

or undermining of Plaintiff's reputation and goodwill. Indeed, there is damage to our reputation and goodwill even if a consumer knows that the goods he or she is purchasing are counterfeit. Prospective consumers who see inferior Counterfeit Products used by others may mistakenly believe such goods to be genuine and may consequently develop a poor impression of Fairly Odd Treasure products. Such post-sale confusion results in further damage to Fairly Odd Treasures's reputation and correlates to a loss of unquantifiable future sales.

18. Fairly Odd Treasures is further irreparably damaged due to a loss of exclusivity. Fairly Odd Treasures 's extensive marketing and innovative designs are aimed at growing and sustaining sales. The SIR PERKY and MR. BANANA marks are distinctive and signifies to consumers that the products exclusively originate from the Fairly Odd Treasures. When counterfeiters use the marks on goods without authorization, the exclusivity of the SIR PERKY and MR. BANANA Products, as well as Fairly Odd Treasures 's reputation, are damaged and eroded, resulting in an a loss of unquantifiable future sales.

19. Fairly Odd Treasures will suffer immediate and irreparable injury, loss or damage if counterfeiters are allowed to continue to infringe upon the SIR PERKY and MR. BANANA registered Trademarks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 12th day of November, 2018

_____
Eric Hebert
*Managing Member*
*Fairly Odd Treasures.*

5