IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Fairly Odd Treasures, LLC ) | |
| ) | |
| v. ) | Case No. 1:18-cv- 7719 |
| ) | |
| THE PARTNERSHIPS and ) | Judge: Rebecca R. Pallmeyer |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A," ) | Magistrate: Susan E. Cox |
| ) | |
| ) | |
| ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Fairly Odd Treasures, voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store Name | ID | Email |
|---|---|---|---|
| 286 | hjiangstore | 5932c5282335884acbbad8e5 | hjiang89@foxmail.com |

Dated: January 25, 2019

                                                      Respectfully submitted,

                                            By:    s/David Gulbransen/
                                                       David Gulbransen
                                                       Attorney of Record

                                                       David Gulbransen (#6296646)
                                                     Law Office of David Gulbransen
                                                     805 Lake Street, Suite 172
                                                     Oak Park, IL 60302
                                                     (312) 361-0825 p.
                                                     (312) 873-4377 f.
                                                     david@gulbransenlaw.com