IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Fairly Odd Treasures, LLC ) | |
| ) | |
| v. ) | Case No. 1:18-cv- 7719 |
| ) | |
| THE PARTNERSHIPS and ) | Judge: Rebecca R. Pallmeyer |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A," ) | Magistrate: Susan E. Cox |
| ) | |
| ) | |
| ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Fairly Odd Treasures, voluntarily dismiss any and all claims against defendants without prejudice:

| **Doe** | | **Store Name** | **Merchant ID** |
|---|---|---|---|
| 304 | wish | huiyuanhaoyun | 5a38941d5c524432c428e661 |
| 724 | wish | yiwubianmeitradecoltd | 566a408b544ab8269e43ae66 |
| 801 | wish | 小旭旭 | 57ee1218556b6e100473bb80 |

Dated: March 17, 2019

                                                            Respectfully submitted,

                                        By:     s/David Gulbransen/
                                                  David Gulbransen
                                                  Attorney of Record

                                                  David Gulbransen (#6296646)
                                                  Law Office of David Gulbransen
                                                  805 Lake Street, Suite 172
                                                  Oak Park, IL 60302
                                                  (312) 361-0825 p.
                                                  (312) 873-4377 f.
                                                  david@gulbransenlaw.com