IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Fairly Odd Treasures, LLC ) | |
| ) | |
| v. ) | Case No. 1:18-cv- 7719 |
| ) | |
| THE PARTNERSHIPS and ) | Judge: Rebecca R. Pallmeyer |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A," ) | Magistrate: Susan E. Cox |
| ) | |
| ) | |
| _____ ) | |

**Conditional Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Fairly Odd Treasures, LLC, voluntarily dismisses the Plaintiff's case against the following Defendants, pursuant to a settlement agreement reached by the parties:

| Doe | Store Name | Merchant ID |
|---|---|---|
| 206 | emilyandlily | 58d37de4b9675312e270d4b4 |
| 260 | goodservicezeng | 58c39ae2b84d8f5066cd9760 |
| 310 | ioomobile | 58aee445106ead522e95375b |
| 348 | keeploveall | 59b8f9603eb22a147a5b2e8b |
| 353 | kimtobooks | 5a25197bd4ffd365e2d3dee5 |
| 367 | leds4unow | 58da44ed565f4952c0a6a51e |
| 414 | luckyecho | 59019618fc9cce11039b91f9 |
| 440 | moreaday | 59db3d4d88dd767f6ffb7997 |
| 444 | motorfansclub | 58b8062712f60b58fa3c2ab0 |
| 452 | muchmore2020 | 5a6be3237dee4a6b9d507c47 |
| 469 | nuli666 | 5997a0fdb771733265b4d12e |
| 485 | pablalmon | 59a7d2c769eced1ba8c5ee06 |
| 492 | photodeals | 58c69bf26a2537506b6fa561 |
| 521 | redbeat | 5a32324a7ce75c3d31561f8d |

2

| 566 | shesmidas | 5924e4598d8df11ef6c60095 |
|---|---|---|
| 576 | silverelectronics | 561090ebb307de2232a6c2be |
| 581 | skyseller | 55d1bf9878c04b103268986e |
| 582 | smalltwo | 5a03fb7d471c147c6050ca72 |
| 586 | sosoqiu | 55ddac599d6a34104c8b303d |
| 646 | vovoboy | 591ae0bb1339dd37c37fa8f8 |
| 668 | wings99 | 583bc89805bcdc1b9ecf8fee |
| 683 | xgtechnology | 561094d8453d330d6a1b1c37 |
| 733 | yourswatch | 58da0bc959d98d53553c828c |
| 764 | zhongf2021801 | 56dfed0dd4d4b0168ef7e113 |
| 812 | 美汇达网络 | 544e0e515f313f775678e9e4 |
| 22 | QIUsujing | A3UH6UZACX29NN |
| 28 | Tpingfe | A1CMB1SPFYLUNK |
| 165 | crqmxq745168 | 57b061d40f9aaf210c5acd50 |
| 271 | haijingjinghu | 58590bffdb12d4506f3993b1 |
| 473 | oceanfly | 59132273bb57335c2d3bd0b6 |
| 221 | fangfangliu | 550bdc30dd699c1a025210fb |
| 533 | salamoertechcoltd/Vitastore | 53e09db9ff4d6d333c7f23e5 |
| 394 | liuhongmei | 58017fd7c782d45b0f5a5019 |
| 507 | qingqing2236 | |
| 589 | sprlifestyle | 5576d56cdde6031a11f11503 |
| 663 | wenlinamw | 5a7853a1a6f62e6c49da168d |
| 714 | yangyangok | 5795e8d52b61d630c3f3ed32 |
| 749 | zhangdongmei43 | 58524dac4e21496b3899233b |
| 787 | 上海贝斗星商贸有限公司/Gracefulvara | 55828f42ae78dc1d577e5d0d |
| 129 | caicaidrygoodsshop | 58b03b0e96f1bb3d39e399e1 |
| 151 | chiccollector | 56172d8a1ef2a00da569294a |
| 154 | chineon | 53df6845d911395f69d729f1 |
| 162 | coolshengyuan | 58a7b3ba08f17a5057b4d56b |
| 247 | fytrading | 541f801f9719cd3d428a484f |
| 465 | notetoo | 58be8248a3f95946fc398cc4 |
| 502 | pumio | 569119f43a698c14c6356fc8 |
| 567 | shhssvv | 580f3c8cbb227259f2b95e75 |
| 661 | weka | 56caf09bbd8e87136f358aa8 |
| 807 | Holala | 550799ae04136a46f0451a3f |
| 808 | 深圳蔓蔓日茂科技有限公司 | 55c2b0133a698c5d446c1f9a |
| 45 | 4love | 569ccf774d78910db77449a7 |
| 53 | aihua_huang | 59bbba641262ab1f20d50c18 |
| 80 | babysee | 580467bd8bf5da1db10b7ed3 |

| 104 | beyourfavorite | 56d7ee0b33980b1685af8614 |
|---|---|---|
| 184 | dewanxing | 593003d27adb9f02ea97b7b5 |
| 253 | gmx_ltd | 5a329699fd9db84e4f61d5fe |
| 291 | homemama | 594e088e7fe2417882816757 |
| 300 | htyuanstore | 5aa0e6e80e63fa2a23c46c5f |
| 338 | jungencolimited | 55cb275ad056ea1045a4ebeb |
| 364 | lch_company | 59cb9dba33f65c7f213fba69 |
| 410 | lqly1982 | 580dc16a615e6c1966b23a5e |
| 431 | mengranstore | 5aa25dba4f6b493afa231be0 |
| 466 | ns001 | 58e0a6bd508b9f52b795d042 |
| 480 | openlife | 5829a7c71004352e41ee60f4 |
| 649 | wanfeitechnologycoltd | 589b146306ae312684f86ade |
| 680 | wsl_ltd | 5a323b656f6023520a900094 |
| 697 | xingyifa_ltd | 59a546ff8f545e260c581267 |
| 707 | yan_yang | 59c280a50ec30f05fb3c66aa |
| 737 | yt_company | 59e5f4173eb22a6d519c3c94 |
| 774 | ziyun_gong | 5985b9d221187f25ff25b139 |
| 340 | jupitercaptain | 56dfd9f1e92d21169590028e |
| 682 | xdbaba | 5a954508a71fbf1cda9d81d6 |
| 702 | xujs | 5a5d93769d0a7b0c415c2fd0 |
| 706 | xzfather | 5a48badcdb0e42536387f1ff |
| 779 | zyfmother | 5a48e2921e7f7548b392356f |

Plaintiff requests that the dismissal be without prejudice and without costs to either party, and with leave for Plaintiff to seek reinstatement within 21 days from the entry of this Notice of Dismissal, should the Defendant fail to comply with the terms of the settlement agreement within that time.

Dated: April 18, 2019

                                                Respectfully submitted,

                      By:      s/David Gulbransen/
                            David Gulbransen
                            *Attorney of Record for Plaintiff*

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com