# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Fairly Odd Treasures, LLC | |
| v. | Case No. 1:18-cv- 7719 |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | Judge: Rebecca R. Pallmeyer |
| | Magistrate: Susan E. Cox |

## Voluntary Dismissal

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Fairly Odd Treasures, voluntarily dismiss any and all claims against defendants with prejudice:

| Doe | Merchant Name | Merchant ID |
|---|---|---|
| 188 | domecenter | 56e10d6c773d7e16b0d7c809 |
| 211 | enjoytime1 | 56e23eb831dc81169ad5ff93 |
| 251 | gentleman_gary | 56e271df278cda16867f73fe |
| 393 | littlestar08 | 583ea008e88f6374bd73f16c |
| 472 | oasisinternationalgroup | 53a43418d9113914ed7c76ed |
| 574 | sihengshangwuxinxizixunshanghaiyouxianggongsi | 54acc809d630ed1ad298bc96 |
| 594 | summer7wines | 583d22a9e88f633af427d3e2 |
| 672 | wisdomtarget | 56cd7bbf8bd26e4c656af343 |
| 809 | 深圳金丰如蓝贸易有限公司733ac9ec797c11e59218065c65e6aa01 | 562a1f586eabd71e8d432a0a |

Dated: June 3, 2019

Respectfully submitted,

By:    s/David Gulbransen/
       David Gulbransen
       Attorney of Record

       David Gulbransen (#6296646)

2

Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com