IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Fairly Odd Treasures, LLC | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv- 7719 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge: Rebecca R. Pallmeyer |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A," | ) | Magistrate: Susan E. Cox |
| | ) | |
| | ) | |
| | ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Fairly Odd Treasures, voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Merchant Name | Merchant ID |
|---|---|---|
| 15 | Laz Tipa | A1JNWPUU06OJOA |
| 22 | QIUsujing | A3UH6UZACX29NN |
| 26 | STORE★HOMER | A30HQQH8GIEL7E |
| 28 | Tpingfe | A1CMB1SPFYLUNK |

Dated: June 3, 2019

Respectfully submitted,

By:    s/David Gulbransen/
       David Gulbransen
       Attorney of Record

       David Gulbransen (#6296646)
       Law Office of David Gulbransen
       805 Lake Street, Suite 172
       Oak Park, IL 60302
       (312) 361-0825 p.
       (312) 873-4377 f.
       david@gulbransenlaw.com