# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Fairly Odd Treasures, LLC ) | |
| ) | |
| v. ) | Case No. 1:18-cv- 7719 |
| ) | |
| THE PARTNERSHIPS and ) | Judge: Rebecca R. Pallmeyer |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A," ) | Magistrate: Susan E. Cox |
| ) | |
| _____ ) | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe # | Seller Name | Seller ID |
|---|---|---|
| 338 | jungencolimited | 55cb275ad056ea1045a4ebeb |
| 370 | leioyong | 56dee42c51f0cd168e6b9a0d |
| 520 | red_homes | 59afdfdf35e73b7a17074bf1 |
| 687 | xiangxiangtongzhuang | 5b20af9ed1c36069cd25b8f9 |

dismisses them from the suit without prejudice.

Dated this 24th Day of June, 2019.         Respectfully submitted,

By:    s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com