IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Fairly Odd Treasures, LLC ) | |
| ) | |
| v. ) | Case No. 1:18-cv- 7719 |
| ) | |
| THE PARTNERSHIPS and ) | Judge: Rebecca R. Pallmeyer |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A," ) | Magistrate: Susan E. Cox |
| ) | |
| _____ ) | |

**SATISFACTION OF JUDGEMENT**

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Store ID |
|---|---|---|
| 246 | fykj | 56de9e7a9b64740d1f3fb848 |

dismisses them from the suit without prejudice.

Dated this 14th Day of July, 2019.                Respectfully submitted,


                                By:    s/David Gulbransen/
                                       David Gulbransen
                                       Attorney of Record
                                       Counsel for Plaintiff

                                       David Gulbransen (#6296646)
                                       Law Office of David Gulbransen
                                       805 Lake Street, Suite 172
                                       Oak Park, IL 60302
                                       (312) 361-0825 p.
                                       (312) 873-4377 f.
                                       david@gulbransenlaw.com