IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Fairly Odd Treasures, LLC ) | |
| ) | |
| v. ) | Case No. 1:18-cv- 7719 |
| ) | |
| THE PARTNERSHIPS and ) | Judge: Rebecca R. Pallmeyer |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A," ) | Magistrate: Susan E. Cox |
| ) | |
| ) | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Store ID | Email |
|---|---|---|---|
| 18 | LVR Supply | A3CKM2SIE22S8U | teencoco33@gmail.com |

dismisses them from the suit without prejudice.

Dated this 12th Day of August, 2019.    Respectfully submitted,


By:    s/David Gulbransen/
    David Gulbransen
    Attorney of Record
    Counsel for Plaintiff

    David Gulbransen (#6296646)
    Law Office of David Gulbransen
    805 Lake Street, Suite 172
    Oak Park, IL 60302
    (312) 361-0825 p.
    (312) 873-4377 f.
    david@gulbransenlaw.com