IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Fairly Odd Treasures, LLC | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 1:18-cv- 7719 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge: Rebecca R. Pallmeyer |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A," | ) | Magistrate: Susan E. Cox |
| | ) | |
| | ) | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Store ID |
|---|---|---|
| 81 | babytwins | 58ac43f5cfeb7c5063f309f7 |
| 17 | LLYWEY | AMSTNN442285E |

dismisses them from the suit without prejudice.

Dated this 16th Day of September, 2019.    Respectfully submitted,

By:    s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com