IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Fairly Odd Treasures, LLC | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv- 7719 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge: Rebecca R. Pallmeyer |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A," | ) | Magistrate: Susan E. Cox |
| | ) | |
| | ) | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Store ID |
|---|---|---|
| 18 | LVR Supply™ | A3CKM2SIE22S8U |
| 52 | afternoontime | 593f5f119476e60234653ee0 |
| 117 | bonjourjewelry | 58ca520fd37951510a1b5342 |
| 142 | chanzon | 594e136cabea91780b592536 |
| 153 | chillscream | 561f0b7d4a7a130f669c9c26 |
| 165 | crqmxq745168 | 57b061d40f9aaf210c5acd50 |
| 166 | cuejle | 5ab259f318d9214e70d46cc9 |
| 178 | dealseason | 59cc98efae228e32d098ed2d |
| 203 | ehomestore | 58af7dcca58f5c1e24264126 |
| 204 | eleneai | 5a702f9f4f6b493daad02dee |
| 205 | elviscostello/To Be Different | 563d678242ebd81267232659 |
| 206 | emilyandlily | 58d37de4b9675312e270d4b4 |
| 221 | fangfangliu | 550bdc30dd699c1a025210fb |
| 223 | fashionline | 56cc22bacaa89b3756f2caec |
| 238 | fortherecord | 560519f2f354ae42da27174a |
| 257 | gongyingying | 5ab85698a71fbf04220ad666 |
| 258 | goodforyou | 5606152918f679428ef8aca6 |
| 260 | goodservicezeng | 58c39ae2b84d8f5066cd9760 |
| 271 | haijingjinghu | 58590bffdb12d4506f3993b1 |
| 280 | heybaby | 56299c833a698c45df7695ae |

| | | |
|---|---|---|
| 295 | hoophoppo | 59324d9eff105e5af4256f0f |
| 310 | ioomobile | 58aee445106ead522e95375b |
| 311 | itopkitchen | 57e8e9b99c88f512f0dfe7c9 |
| 316 | jefferynn | 577cd5ebbf21534096f127ea |
| 324 | jimmyscott | 5621f571ae164b65092a49e9 |
| 340 | jupitercaptain | 56dfd9f1e92d21169590028e |
| 347 | katyperry | 5612518d89f45f2071182fa7 |
| 348 | keeploveall | 59b8f9603eb22a147a5b2e8b |
| 353 | kimtobooks | 5a25197bd4ffd365e2d3dee5 |
| 367 | leds4unow | 58da44ed565f4952c0a6a51e |
| 374 | liaotaomeiyouxiangongsi | 55f52d6425d02042892047c3 |
| 376 | lifespring | 5864c1fdafdcff4cb447bb0d |
| 389 | lishuai6998 | 590eb1d2f3d19c1f052645c3 |
| 410 | lqly1982 | 580dc16a615e6c1966b23a5e |
| 414 | luckyecho | 59019618fc9cce11039b91f9 |
| 417 | luolianhua513 | 5916f7872da1ba0e49cfa94f |
| 421 | mallback | 5a3789e22023100bfb316eaf |
| 424 | maps | 5626049ba0c9c11189efeb12 |
| 427 | matthewlien | 5604b3a93a698c5fa02a5a55 |
| 440 | moreaday | 59db3d4d88dd767f6ffb7997 |
| 442 | mosunxbusiness | 55ee581bc48d9d42555182c7 |
| 444 | motorfansclub | 58b8062712f60b58fa3c2ab0 |
| 452 | muchmore2020 | 5a6be3237dee4a6b9d507c47 |
| 469 | nuli666 | 5997a0fdb771733265b4d12e |
| 470 | numerous | 58ed9b8be0ac98225e242086 |
| 478 | onsale_724 | 59c4f4ab15da073407a6b91d |
| 479 | oohlala | 562b4c61f85d431ba3babf47 |
| 483 | overseaseconomictradingcompany | 5600b9e3d6278a2c26753a74 |
| 484 | owlcity | 56273673b9096a0fa8eae2cb |
| 485 | pablalmon | 59a7d2c769eced1ba8c5ee06 |
| 492 | photodeals | 58c69bf26a2537506b6fa561 |
| 520 | red_homes | 59afdfdf35e73b7a17074bf1 |
| 521 | redbeat | 5a32324a7ce75c3d31561f8d |
| 526 | risingtied | 5629fb7dafcc3c77c6f645b0 |
| 528 | rockcrystal | 57baa0b8aa683618cb682164 |
| 533 | salamoertechcoltd/Vitastore | 53e09db9ff4d6d333c7f23e5 |
| 566 | shesmidas | 5924e4598d8df11ef6c60095 |
| 576 | silverelectronics | 561090ebb307de2232a6c2be |
| 581 | skyseller | 55d1bf9878c04b103268986e |

| 582 | smalltwo | 5a03fb7d471c147c6050ca72 |
|---|---|---|
| 586 | sosoqiu | 55ddac599d6a34104c8b303d |
| 601 | tamurastore | 57b82a66c48fad07caab0cba |
| 615 | thekinks | 561b5b1f896a480f5e777532 |
| 636 | usher | 562998ac0eb7d70fb091eea1 |
| 645 | vot | 57562730c629de5ce801084e |
| 646 | vovoboy | 591ae0bb1339dd37c37fa8f8 |
| 648 | walker12 | 56287f1aafcc3c1576581651 |
| 662 | wellwawa | 5b0d0b26c721a95c915ef84a |
| 667 | widespace_chen | 580829301c9d4432ac448b12 |
| 668 | wings99 | 583bc89805bcdc1b9ecf8fee |
| 679 | wqasysos1 | 57b4387544ee7f0d8c96ec18 |
| 682 | xdbaba | 5a954508a71fbf1cda9d81d6 |
| 683 | xgtechnology | 561094d8453d330d6a1b1c37 |
| 702 | xujs | 5a5d93769d0a7b0c415c2fd0 |
| 706 | xzfather | 5a48badcdb0e42536387f1ff |
| 731 | yonmfdzn2w | 5adff15a40626a6f7cb1b72b |
| 764 | zhongf2021801 | 56dfed0dd4d4b0168ef7e113 |
| 776 | znole | 58f469384a11d56a4a72e70b |
| 779 | zyfmother | 5a48e2921e7f7548b392356f |
| 812 | 美汇达网络 | 544e0e515f313f775678e9e4 |

dismisses them from the suit without prejudice.

Dated this 23rd Day of October, 2019.           Respectfully submitted,


                                        By:     s/David Gulbransen/
                                                David Gulbransen
                                                Attorney of Record
                                                Counsel for Plaintiff

                                                David Gulbransen (#6296646)
                                                Law Office of David Gulbransen
                                                805 Lake Street, Suite 172
                                                Oak Park, IL 60302
                                                (312) 361-0825 p.
                                                (312) 873-4377 f.
                                                david@gulbransenlaw.com

3