IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Fairly Odd Treasures, LLC ) | | |
| ) | | |
| v. ) | Case No. 1:18-cv- 7719 | |
| ) | | |
| THE PARTNERSHIPS and ) | Judge: Rebecca R. Pallmeyer | |
| UNINCORPORATED ASSOCIATIONS ) | | |
| IDENTIFIED ON SCHEDULE "A," ) | Magistrate: Susan E. Cox | |
| ) | | |
| _____ ) | | |

**SATISFACTION OF JUDGEMENT**

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Merchant ID |
|---|---|---|
| 134 | carbonzone | 59322c9e7fe24136817cfcc5 |
| 1 | ASTV | A23JVMZK994E37 |
| 4 | Botrong | A3COWVW4QYNQHE |
| 5 | Coerni | A1GN9WA00XMODK |
| 8 | Guesthome | A3ACZZ6E8UYQPC |
| 14 | KMZ KITCHEN | A3PTS8VA6WFT23 |
| 32 | Vovomay | A2MAIJQFNXXOU2 |
| 33 | WANG.zhou | A1BACZHFCKX6OK |

dismisses them from the suit without prejudice.

Dated this 2nd Day of December, 2019.     Respectfully submitted,

By:      s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172

Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com