IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Fairly Odd Treasures, LLC ) | |
| ) | |
| v. ) | Case No. 1:18-cv- 7719 |
| ) | |
| THE PARTNERSHIPS and ) | Judge: Rebecca R. Pallmeyer |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A," ) | Magistrate: Susan E. Cox |
| ) | |
| ) | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Merchant ID |
|---|---|---|
| 105 | bianyiren | 5b0cb8e101287527a576e9e7 |
| 631 | ttbwwstk | 5b3703f648fca9250f9831a6 |

dismisses them from the suit without prejudice.

Dated this 16th Day of December, 2019.          Respectfully submitted,


                                          By:       s/David Gulbransen/
                                                David Gulbransen
                                                Attorney of Record
                                                Counsel for Plaintiff

                                                David Gulbransen (#6296646)
                                                Law Office of David Gulbransen
                                                805 Lake Street, Suite 172
                                                Oak Park, IL 60302
                                                (312) 361-0825 p.
                                                (312) 873-4377 f.
                                                david@gulbransenlaw.com