IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Fairly Odd Treasures, LLC | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 1:18-cv- 7719 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge: Rebecca R. Pallmeyer |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A," | ) | Magistrate: Susan E. Cox |
| | ) | |
| | ) | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Merchant ID |
|---|---|---|
| 313 | jaihuihuicanonlybehome | 5b3b1594ff03b913631e5245 |
| 390 | lisiting | 5ad8231918435438cd74b28c |
| 524 | rgjbshclbryu | 5ad17aad40626a39323fe6a1 |
| 571 | shixuduan1995 | 5acf09069c15ff2fc1b56f95 |
| 758 | zhen92 | 59b89d181262ab2791085a30 |
| 770 | zhuangruhua123 | 5ae81812376656445ad4c0a9 |

dismisses them from the suit without prejudice.

Dated this 27th Day of January, 2020.                Respectfully submitted,

                                        By:    s/David Gulbransen/
                                                David Gulbransen
                                                Attorney of Record
                                                Counsel for Plaintiff

                                                David Gulbransen (#6296646)
                                                Law Office of David Gulbransen
                                                805 Lake Street, Suite 172
                                                Oak Park, IL 60302
                                                (312) 361-0825 p.

(312) 873-4377 f.
david@gulbransenlaw.com