# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Fairly Odd Treasures, LLC | |
| v. | Case No. 1:18-cv- 7719 |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | Judge: Rebecca R. Pallmeyer |
| | Magistrate: Susan E. Cox |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store | Merchant ID |
|---|---|---|
| 6 | Cosdimo | A3CL3IW7JILXM4 |

dismisses them from the suit without prejudice.

Dated this 23rd Day of March, 2022.     Respectfully submitted,

By:     s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com